# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# STATESBORO DIVISION

| | |
|---|---|
| CAMPANELLA D'ANGELO, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> SUPERIOR COURT OF SCREVEN ) <br> COUNTY, ) <br> ) <br> Defendant. ) | Case No. CV608-33 <br> [Criminal Case No. 1S07CR089T <br> in the Superior Court of Screven <br> County] |

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this 2 day of June, 2008.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA